IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| GOVERNMENT EMPLOYEES | § | |
|---|---|---|
| INSURANCE COMPANY | § | PLAINTIFF |
| | § | |
| v. | § | CIVIL ACTION NO. 1:08CV337-LG-RHW |
| | § | |
| BARBARA SMITH and | § | |
| CHARLES SMITH | § | DEFENDANT |

## JUDGMENT

This matter having come on to be heard on the Motion to Dismiss Complaint [21] filed by the plaintiff, Government Employees Insurance Company, the Court, after a full review and consideration of the plaintiff's Motion, the pleadings on file, and the relevant legal authority, finds that in accord with the order entered herewith,

**IT IS ORDERED AND ADJUDGED** that this lawsuit is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 31st day of December, 2008.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge